FILED

APR 14 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

AFFIDAVIT IN SUPPORT OF A )
CRIMINAL COMPLAINT AGAINST )    CASE NO. 1:26-mj-**123**
JORGE GONZALEZ-LOPEZ )
FOR VIOLATIONS OF 8 U.S.C. § 1326 )

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Henrique J. Leavitt, being duly sworn, state the following:

1. I am an Officer with Immigration and Customs Enforcement, assigned to the Chattanooga, Tennessee, office as a Deportation Officer. I conduct investigations of matters within the jurisdiction of ICE in the Eastern District of Tennessee. I have been employed as an Officer of ICE since September 2025.

2. I submit this affidavit for the limited purpose of establishing probable cause that Jorge Gonzalez-Lopez has violated 8 U.S.C. § 1326(a) by being found in the United States after having been previously removed and without having obtained the express consent of the Secretary of Homeland Security to reapply for admission.

3. The statements in this affidavit are based on my personal knowledge, official reports and records, and information provided to me by other law enforcement officers. Because this affidavit is submitted for a limited purpose, I have not included every fact known to me concerning this investigation. I have set forth only those facts necessary to support probable cause for the requested criminal complaint.

4. On or about April 7, 2026, ICE's Enforcement and Removal Operations ("ERO") encountered Gonzalez-Lopez within the Eastern District of Tennessee. They then verified his identity via a fingerprint match to Alien File (A-file) number 087

672 648. Based on my training and experience, I know that fingerprint analysis employed by ERO is a reliable method for confirming identity.

5.    Following identity confirmation, Gonzalez-Lopez's immigration files showed that he is a citizen and national of Mexico and not a citizen or national of the United States.

6.    Gonzalez-Lopez's files showed that he was removed from the United States on or about May 7, 2010, following a stipulated order of removal and after an Oklahoma conviction for rape in the second degree, a crime involving a twelve-year-old victim.

7.    I have examined the documentation in Gonzalez-Lopez's immigration file and found no evidence indicating that he has sought or received permission from the Secretary of Homeland Security to reenter the United States following his prior removals.

8.    Based on the foregoing, I believe there is probable cause to conclude that Gonzalez-Lopez has reentered and been found in the United States without having obtained the express consent of the Secretary of Homeland Security. In other words, he is unlawfully present in the United States following a prior deportation in violation of 8 U.S.C. § 1326(a). Accordingly, I respectfully request that a criminal complaint be issued in conjunction with an arrest warrant for Jorge Gonzalez-Lopez.

{SIGNATURES NEXT PAGE}

Respectfully submitted,

HENRIQUE J. LEAVITT
ICE DEPORTATION OFFICER


Sworn to and subscribed before me this 14th day of April 2026.

HON. CHRISTOPHER H. STEGER
UNITED STATES MAGISTRATE JUDGE