# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **1:26-mj-123** |
| **V.** | ) | |
| | ) | |
| **JORGE GONZALEZ-LOPEZ** | ) | |

TO THE HONORABLE JUDGE OF THE ABOVE COURT:

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Your petitioner, the United States of America, by Francis M. Hamilton III, United States Attorney for the Eastern District of Tennessee, respectfully shows:

I.

That **JORGE GONZALEZ-LOPEZ, FBI # 617767FD1,** is now in the custody of the Sheriff of the Hamilton County Jail, Chattanooga, Tennessee, pursuant to State charges.

II.

That there is pending against the defendant Jorge Gonzalez-Lopez in this District the above-captioned case, which is set for an Initial Appearance on **May 5, 2026 at 11:30 a.m.**, or for his case to be otherwise disposed of upon said complaint heretofore returned against him in the United States District Court for the Eastern District of Tennessee, at Chattanooga, Tennessee, and each day thereafter until said case is disposed of.

WHEREFORE, petitioner prays that the Clerk of this Court be instructed to issue a writ of habeas corpus ad prosequendum to the Sheriff/Warden of the Hamilton County Jail, Chattanooga, Tennessee, commanding him to produce the said Jorge Gonzalez-Lopez before this Court at the time and place aforesaid for the purpose aforesaid, and that if the said Sheriff/Warden so elects,

the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal, be ordered and directed to receive said Jorge Gonzalez-Lopez into his custody and possession at said Hamilton County Jail, Chattanooga, Tennessee, and under safe and secure conduct to have him before the Judge of our District Court at the time and place aforesaid for the purpose aforesaid, and to return him to said Sheriff/Warden of the Hamilton County Jail, Chattanooga, Tennessee, as aforesaid.

FRANCIS M. HAMILTON, III
UNITED STATES ATTORNEY


By: *s/ Sarah Klapman*
Sarah Klapman, BPR#: 437221
Assistant United States Attorney
1110 Market Street, Suite 515
Chattanooga, TN 37402
(423) 752-5140
Email: Sarah.klapman@usdoj.gov

2